FILED
08 JUL 28 AM 11:08
RICHARD W. WIEKING
U.S. DISTRICT COURT
[CALIFORNIA]

(PR)

MHP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ryan Carter

         Plaintiff,

vs.

D.K. Sisto, Warden,

         Defendant.

CV 08 3593

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Ryan Carter, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.   Business, Profession or            Yes ___ No ✓
10       self employment
11  b.   Income from stocks, bonds,         Yes ___ No ✓
12       or royalties?
13  c.   Rent payments?                     Yes ___ No ✓
14  d.   Pensions, annuities, or            Yes ___ No ✓
15       life insurance payments?
16  e.   Federal or State welfare payments, Yes ___ No ✓
17       Social Security or other govern-
18       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____
22  _____

23  3.   Are you married?                    Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____  - 2 -

1.     b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

None

5. Do you own or are you buying a home?    Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ____ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

8. What are your monthly expenses?

Rent: $ 0      Utilities: 0

Food: $ 0      Clothing: 0

Charge Accounts: N/A

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 0 | $ 0 | $ 0 |
| | $ | $ |
| | $ | $    9. Do |

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  None
4  
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  None
10 
11     I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  7/9/08                              [signature]
17     DATE                          SIGNATURE OF APPLICANT

1
2                                                     Case Number: _____
3
4
5
6
7
8
9                               **CERTIFICATE OF FUNDS**
10                                            **IN**
11                              **PRISONER'S ACCOUNT**
12
13        I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of __Ryan Carter__ for the last six months
15   at
16                                     [prisoner name]
17   __CSP-Solano__ where (s)he is confined.
18        [name of institution]
19        I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ __51.67__ and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ __51.67__.
22
23   Dated: __7/14/2008__                        __Barbara Patton__
24                                            [Authorized officer of the institution]
25
26
27
28

```
REPORT ID: TS3030  .701                                                    REPORT DATE: 07/14/08
                                                                                  PAGE NO:    1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CALIFORNIA STATE PRISON SOLANO
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 14, 2008

ACCOUNT NUMBER  : V41333                      BED/CELL NUMBER: S212T2000000231U
ACCOUNT NAME    : CARTER, RYAN                ACCOUNT TYPE:   I
PRIVILEGE GROUP:  A

                            TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE DESCRIPTION      COMMENT        CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----  ---- -----------      -------        ---------   --------   -----------   -------
01/01/2008  BEGINNING BALANCE                                                      0.00
01/24 D300 CASH DEPOSIT     8892-2669                   100.00                   100.00
02/19 D340 EFT DEPOSIT      JP570-3013                   80.00                   180.00
02/20 FC02 DRAW-FAC 2       3029-MKUP                                140.00       40.00
03/10 FR01 CANTEEN RETUR    703270                                    63.50-     103.50
03/10 D300 CASH DEPOSIT     9102-3266                    50.00                   153.50
03/25 FC02 DRAW-FAC 2       3546-MKUP                                 64.99       88.51
03/28 D300 CASH DEPOSIT     9231-3588                    30.00                   118.51
04/07 FR01 CANTEEN RETUR    703705                                    64.99-     183.50
05/01 W705 MISC. IWF CHA    3982-PHOTO                                 4.00      179.50
05/07 W508 NOTARY CHARGE    4080NOTARY                                10.00      169.50
05/07 FC02 DRAW-FAC 2       4089-1ST                                 110.00       59.50
05/22 D300 CASH DEPOSIT     9522-4312                    50.00                   109.50
06/02 FR01 CANTEEN RETUR    704402                                     2.40-     111.90
06/09 W474 DONATION-VICT    4578COSTCO                                12.50       99.40
06/10 FC02 DRAW-FAC 2       4597-1ST                                  70.00       29.40

                            TRUST ACCOUNT SUMMARY

BEGINNING        TOTAL         TOTAL        CURRENT      HOLDS       TRANSACTIONS
BALANCE         DEPOSITS    WITHDRAWALS    BALANCE      BALANCE      TO BE POSTED
---------       --------    -----------    --------     --------     ------------
   0.00          310.00        280.60        29.40         0.00          0.00

                                                               CURRENT
                                                              AVAILABLE
                                                               BALANCE
                                                              ---------
                                                                29.40
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Donna Patton_
         TRUST OFFICE

12-231-4

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS

**RECEIVED**

# TRUST ACCOUNT WITHDRAWAL ORDER

JUL 0 3 2008

Date 7/9 20 08

To: Warden                    Approved _LeBail CCT_

I hereby request that my Trust Account be charged $ 3.00 for the purpose stated below and authorize the withdrawal of that sum from my account:

V-41333
NUMBER

_[signature]_
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PURPOSE: Inmate's trust account Statement showing transactions for the last six months

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME CSP-Solano

ADDRESS

Counselor's signature _____

Ryan Carter
PRINT YOUR FULL NAME HERE

Case # (if applicable): **Currently unknown**   * **July 21**, 200**8**

To:   **CLERK OF THE COURT**
[ ] SUPERIOR COURT
[ ] COURT OF APPEAL
[ ] CALIFORNIA SUPREME COURT
[✓] FEDERAL DISTRICT COURT
[ ] FEDERAL COURT OF APPEAL
[ ] U.S. SUPREME COURT

From:   **CSP - Solano**
California State Prison - Solano
Housing: **12 / 232**
P.O. Box 4000
Vacaville, California 95696-4000

CDC #: **V-41333**

Re:   [✓] PETITION FOR WRIT OF HABEAS CORPUS
[ ] PETITION FOR REHEARING/RECONSIDERATION
[ ] PETITION FOR REVIEW
[ ] BRIEF ON APPEAL
[ ] MOTION TO COURT

Case:   [ ] IN RE _____
[ ] PEOPLE v. _____
[✓] OTHER: **Ryan Carter v. D.K. Sisto, Warden**

Dear Clerk:

I am presently incarcerated at the California State Prison - Solano, in Vacaville. Due to my incarceration, indigency or minimal funds, and the current policy of the California Department of Corrections as stated in Deputy Director Memorandum 15/04, I cannot provide the required number of copies as required by the Rules of Court.

Therefore, I must respectfully request that the court make the required additional copies and to serve any required copies on other parties as necessary.

Furthermore, please send a conformed copy of the documents back to me as a receipt of filing. I apologize for any inconvenience that this may have caused.

Respectfully submitted,

* *Ryan Carter*



Bldg. 12, Cell 231up
Box 4000
Vacaville, CA 95696

RECEIVED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO CA 957
JUL 22 2008

United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco CA 94102

Pro Se

Legal Mail



CCI L Bad 7-21-08 CSP-SOL

CCI L Bad  7-21-08  CSP-SOL