UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN CARTER,                                    No. C 08-3593 MHP (pr)

        Petitioner,                          **JUDGMENT**

    v.

D. K. SISTO, warden,

        Respondent.
_____/

      The petition for writ of habeas corpus is dismissed because it was not filed within the
time permitted by the habeas statute of limitations.

      IT IS SO ORDERED AND ADJUDGED.

DATED: January 26, 2010                _____
                                     Marilyn Hall Patel
                                     United States District Judge