1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                        NORTHERN DISTRICT OF CALIFORNIA
7
8   RYAN CARTER,                                No. C 08-3593 MHP (pr)
9           Petitioner,                         **ORDER**
10          v.
11  D. K. SISTO, warden,
12          Respondent.
                                         /
13
14          Petitioner's application to proceed <u>in forma pauperis</u> on appeal is GRANTED.
15  (Docket # 23, # 25.)
16          IT IS SO ORDERED.
17  DATED: November 2, 2010              _____
                                         Marilyn Hall Patel
18                                       United States District Judge
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California